FILED

07/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0105

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0105

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JEB EUGENE MARQUIS

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until August 14, 2023, to prepare, file, and serve the Appellant's opening brief.